RUTH KASSOVER et al., Respondents, v PVP-GCC HOLDINGCO II, LLC, et al., Appellants, et al., Defendant. PRISM VENTURE PARTNERS, LLC, et al., Nonparty Appellants.

Submitted July 6, 2010; decided September 14, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Chief Judge LIPPMAN and Judge SMITH taking no part.

LASALLE BANK NATIONAL ASSOCIATION, Respondent, v KEISHA HENDERSON, Appellant, et al., Defendant.

Submitted August 2, 2010; decided September 14, 2010

Motion for reargument of motion for leave to appeal denied [see 14 NY3d 934 (2010)].

Judge JONES taking no part.

MARTA LOPEZ, Respondent, v FORDHAM UNIVERSITY, Appellant. (And Third-Party Actions.)

Submitted June 21, 2010; decided September 14, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.